## In the matter of Mary Eaton.

*Habeas corpus.* A writ of *habeas corpus* will not be granted to review a final judgment in an ordinary criminal cause, for errors which are properly reviewable by writ of error, and where that writ is an adequate remedy.

*Heard April 9.   Decided April 10.*

Application for *habeas corpus.*

*F. A. Baker,* for petitioner.

PER CURIAM.

The prisoner is in confinement in the house of correction, under sentence for larceny from the person. Petition was presented for a writ of *habeas corpus*, to test the sufficiency of the information on which she was convicted. The court held that this would be to make the writ of *habeas corpus* take the place of a writ of error, which was not an allowable use of the process, and consequently they denied the prayer of the petition.